08CR 50017-05

## WAIVER CONCERNING TIMING OF INITIAL APPEARANCE BEFORE THE UNITED STATES MAGISTRATE JUDGE

1. I _Leobardo R Lule_, having been informed by _SA Jay Warran_ that I have been arrested for violations of Title _21_, United States Code, _952/963_, Sections _____ pertaining to _possession w/ intent / Conspiracy to possess_

2. I have been informed and understand that I have the right under Rule 5(A) of the Federal Rules of Criminal Procedure to be brought without unnecessary delay before the nearest federal magistrate judge or other judicial officer for the purposes of:

   a. being arraigned on my arrest;
   b. being advised of the charges against me and of my rights; and
   c. having bail fixed by the court

   FILED
   MAR 28 2008
   MICHAEL W. DOBBINS
   CLERK, U.S. DISTRICT COURT

3. At this time, I waive my right to appear before the nearest available federal magistrate judge or other judicial officer without unnecessary delay for these purposes.

4. I agree that my appearance may be delayed for a period not to exceed 72 hours from the time I sign this waiver.

5. I do so knowingly and voluntarily, understanding that I have been arrested and will remain in the custody until I am arraigned before a United States Magistrate Judge or other judicial officer.

6. I understand that a complaint, information or indictment will be filed against me charging me with a violation of federal criminal law and that I will be prosecuted for that violation.

7. I also understand that the United States Magistrate Judge or other judicial officer before whom I will appear may be located in a district other than the one in which I was arrested and that I may be required to travel in the custody of federal agents to locations other than the district in which I was arrested.

_Leobardo R Lule_
Defendant

Date this _26_ day of _March_, 2008
At _2310_ (precise time)

Witness: _Jay Warran_
Witness: _____
Witness: _____