AO 470  (Rev. 8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

NORTHERN      District of      ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER OF TEMPORARY DETENTION** |
| V. | **PENDING HEARING PURSUANT TO** |
| | **BAIL REFORM ACT** |
| LEOBARDO LARA | |
| | Case Number:  08 CR 50017-5 |
| _Defendant_ | |

Upon motion of the _____ United States and defendant _____ , it is ORDERED that a

detention hearing is set for _____ April 4, 2008 _____ * at _____ 11:00 am. _____
                                    _Date_                                     _Time_

before _____ HONORABLE P. MICHAEL MAHONEY, MAGISTRATE JUDGE _____
                                          _Name of Judicial Officer_

ROCKFORD, IL
                                        _Location of Judicial Officer_

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____

_____ ) and produced for the hearing.
                                _Other Custodial Official_

Date: _____ March 28, 2008 _____                             _Judicial Officer_

**FILED**

MAR 28 2008

MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

    A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.