# LAW OFFICES OF
# DANIEL A. MENGELING
### ATTORNEY AT LAW

Office
815-338-6906
Cell
815-529-7204

2030 N. SEMINARY AVE. (ROUTE 47)
Woodstock, IL 60098

Fax
(815) 338-6906
E-mail
johnnylaw92044-
office@yahoo.com

April 3, 2008

Ms. Traci Fegre
U.S. Pre-Trial Services
211 S. Court St., RM 114
Rockford, IL 61101
Via E-Mail: traci_fegre@ilnpt.uscourts.gov

Re:   USA v. Leobardo Lara et.al.
      08 CR 50017

Dear Ms. Fegre,

I met with Marie Olga Mena, Mr. Lara's wife, and obtained the following information. Mr. and Mrs. Lara met and married in the U.S. and have been married for 17 years. They have 3 children, Ivan Rico, age 15; Eduardo Rico, age 13; and Alex Rico, age 12. Ivan Rico, the oldest boy has autism and is a special needs student. All the boys are U.S. citizens and in good health.

Ms. Lara is 40 years old. She has been employed for the last 8 years at the Alden Long Grove nursing home in Long Grove, IL working approximately 35 hours a week. She earns approximately $20,000 per year. Ms. Lara is seeking citizenship and is being sponsored by her sister Aurora Mena de Lopez. Ms. Lara expects to receive her citizenship within the next 3 years. Mrs. Lara's cell phone number is (224) 587-9973.

Mr. Lara provides the majority of the financial support for the family. Without his income the family cannot pay its monthly bills. Mr. Lara is a landscaper by trade and operates Rico Brothers Landscaping Services Inc. Mr. Lara has many customers currently waiting for him to begin his Spring landscaping services. Mr. Lara has already filed his 2007 income tax returns and they expect to receive a refund of $3,000. Mr. Lara has a valid Illinois Drivers License.

Mr. Lara came to the United States legally in approximately 1984 pursuant to a Government program that allowed immigrants to enter the U.S. for the purpose of agriculture employment. His brother Luis informs me that the Government, after a number of years, determined that Mr. Lara's employer did not qualify as an agriculture employer and Mr. Lara thereafter remained in the United States. To my knowledge Mr. Lara has no criminal history.

I also met with Mr. Luis Rico, who is Mr. Lara's brother. He is 54 years old and lives at 1159 McKenzie Dr., Antioch, IL 60002. He is a legal resident. He and his wife have 11 children, 5 of whom are U.S. citizens and 6 of whom are legal residents. For the past 17 years Mr. Rico has operated his own landscaping business, Special Effects Landscaping, Inc. at 911 Diana Ct., Round Lake, IL. and prior to that he worked for 26 years as a supervisor for Old Mill Garden Center in Round Lake, IL. Mr. Rico has no criminal history. His Social Security # is 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. His date of birth is 6-20-53. His cell phone # is (847) 980-8688.

Mr. Rico has requested that he be appointed by Judge Mahoney as Mr. Lara's third party custodian. Mr. Rico understands that as a third party custodian he would be required to report to the U.S. Pretrial Services any violation of law or terms of release by his brother. Mr Rico states he would have no hesitancy in doing so.

Mr. Rico has raised approximately $10,000 for his brother as a cash bond. Approximately $7,000 of that amount has come from his own income by collecting on his landscaping accounts and approximately $3,000 has come from Mr. Lara's 4 brothers-in-law. Finally Mrs. and Mrs. Lara seek to post the title of their home at 886 Lexington Ln., Island Lake, IL as security for Mr. Lara's appearance in Court.

I have attached (1) a copy of Mrs. Lara's INS Approval Letter, (2) a June, 2007 mortgage statement, (3) a confirmation by Illinois Secretary of State of the Articles of Incorporation of Mr. Lara's business, (4) a April 2, 2008 letter from Wauconda School District 118 confirming Ivan Rico's "special needs" status, (5) a copy of Mr. Lara's social security card and INS notification of status change.

I would appreciate it if you would include this letter and its attachments with your bond report to Judge Mahoney. If you need any additional information or if I can be of any further service please let me know.

Very Truly Yours,

*[signature]*

Daniel A. Mengeling

**U.S. Department of Justice**
**Immigration and Naturalization Service**

**Notice of Action**

# THE UNITED STATES OF AMERICA

I-730 — IMMIGRANT PETITION FOR RELATIVE, FIANCE(E), OR ORPHAN

| | |
|---|---|
| **RECEIPT NUMBER** LIN-01-142-54684 | **PETITIONER** A90 942 508 MENA DE LOPEZ, AURORA |
| **RECEIPT DATE** April 4, 2001 | **PRIORITY DATE** March 23, 2001 |
| **NOTICE DATE** March 20, 2002 | **PAGE** 1 of 1 |
| | **BENEFICIARY** MENA DE RICO, MARIA O. |

Notice Type: Approval Notice
Section: Sister or brother of U.S. Citizen, 203(a)(4) INA

DONALD B. KEMPSTER ESQ
KEMPSTER KELLER & LENZ CALVO LTD
332 S MICHIGAN AVENUE STE 860
CHICAGO IL 60604

The above petition has been approved. We have sent the original visa petition to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. NVC will then forward the approved petition to that consulate.

The NVC will contact the person for whom you are petitioning (the beneficiary) concerning further immigrant visa processing steps.

If you have any questions about visa issuance, please contact the NVC directly. However, please allow at least 90 days before calling the NVC if your beneficiary has not received correspondence from the NVC. The telephone number of the NVC is (603) 334-0700.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 402-323-7830



HARRIS N.A. - CLC SERVICING DEPT. D
P.O. BOX 5043
ROLLING MEADOWS IL  60008



**Mortgage Billing Statement**
Loan Number:  0070749137
Statement Date:  06-18-2007

+ 0145561 000011663 09HBS1  0910260 P7
Leobardo Rico
Olga Mena
886 Lexington Lane
Island Lake IL 60042-9754

## Activity Since Last Statement

| Posting Date | Effective Date | Description | Principal | Interest | Late Charge | Escrow | Misc. | Optional Insurance | Total |
|---|---|---|---|---|---|---|---|---|---|
| 05-23-07 | 05-23-07 | REAL ESTATE TAXES PAID | 0.00 | 0.00 | 0.00 | 1,775.32 | 0.00 | 0.00 | 1,775.32 |
| 06-05-07 | 06-05-07 | REGULAR MORTGAGE PYMT | 552.10 | 486.61 | 0.00 | 326.21 | 0.00 | 0.00 | 1,364.92 |

## Account Summary

| Principal Balance* | Interest Paid Year to Date | Escrow Balance | Taxes Paid Year to Date | Funds Held in Unapplied Status | Opt. Insurance Balance |
|---|---|---|---|---|---|
| 116,234.98 | 2,455.88 | 1,667.64 | 1,775.32 | 0.00 | 0.00 |

*This is your Principal Balance only, not the amount required to pay your loan in full.

### Important Messages:

**For Customer Service Call 1-800-207-3058**
Hours: Monday through Friday, 8:00 a.m. to 6:00 p.m. CST

Visit us online at WWW.HARRISBANK.COM. If you have questions about any of your Harris accounts, please call us toll-free at 1-888-340-2265. Harris N.A. is an Equal Housing Lender. MEMBER FDIC.

Summer is here! Now is a great time to consider a home equity line or loan to help pay for a family vacation, a new pool or landscaping. There are no application fees or closing costs. Harris makes applying fast and easy with preliminary approval in 24 hours. For more information, stop by your local Harris, visit us online at harrisbank.com or call 1-800-546-6101. We're here to help.

*008252*  ST 084-000



# OFFICE OF THE SECRETARY OF STATE

JESSE WHITE • Secretary of State

6380-369-3

OCTOBER 4, 2004

LEOBARDO RICO-LARA
886 LEXINGTON LN
ISLAND LAKE, IL 60042

RE RICO BROTHERS LANDSCAPING SERVICES, INC.

DEAR SIR OR MADAM:

IT HAS BEEN OUR PLEASURE TO APPROVE AND PLACE ON RECORD THE ARTICLES OF INCORPORATION THAT CREATED YOUR CORPORATION. WE EXTEND OUR BEST WISHES FOR SUCCESS IN YOUR NEW VENTURE.

THESE DOCUMENTS MUST BE RECORDED IN THE OFFICE OF THE RECORDER OF THE COUNTY IN WHICH THE REGISTERED OFFICE OF THE CORPORATION IS LOCATED, AS PROVIDED BY SECTION 1.10 OF THE BUSINESS CORPORATION ACT OF THIS STATE. FOR FURTHER INFORMATION CONTACT YOUR RECORDER OF DEEDS OFFICE.

THE CORPORATION MUST FILE AN ANNUAL REPORT AND PAY FRANCHISE TAXES PRIOR TO THE FIRST DAY OF ITS ANNIVERSARY MONTH (MONTH OF INCORPORATION) NEXT YEAR. A PRE-PRINTED ANNUAL REPORT FORM WILL BE SENT TO THE REGISTERED AGENT AT THE ADDRESS SHOWN ON THE RECORDS OF THIS OFFICE APPROXIMATELY 60 DAYS PRIOR TO ITS ANNIVERSARY MONTH.

SECURITIES CANNOT BE ISSUED OR SOLD EXCEPT IN COMPLIANCE WITH THE ILLINOIS SECURITIES LAW OF 1953, 815 ILLINOIS COMPILED STATUTES, 5/1 ET SEQ. FOR FURTHER INFORMATION CONTACT THE OFFICE OF THE SECRETARY OF STATE, SECURITIES DEPARTMENT AT (217) 782-2256 OR (312) 793-3384.

THE DEPARTMENT OF BUSINESS SERVICES IS NO LONGER ISSUING A CERTIFICATE ATTACHED TO THE ARTICLES OF INCORPORATION AS OF FEBRUARY 15, 2002.

SINCERELY,

JESSE WHITE
SECRETARY OF STATE

DEPARTMENT OF BUSINESS SERVICES
CORPORATION DIVISION
TELEPHONE (217) 782-6961

Springfield, Illinois 62756



**COMMUNITY UNIT SCHOOL DISTRICT**

DAN KLETT, Principal
ERIC ERND, Assistant Principal
RICH WOLF, Dean of Students
JIM VANFLEET, Athletic Director

WAUCONDA HIGH SCHOOL
555 N. MAIN STREET, WAUCONDA, ILLINOIS 60084-1299
PHONE: 847-526-6611
FAX No.: 847-487-3595
WEBSITE: www.cusd118.lake.k12.il.us

4/2/2008

Ivan Rico is a special needs student who receives special education services at Wauconda High School. His educational placement is in a self-contained classroom. According to his most recent psychological reevaluation, it was reported that Ivan has disabilities of Learning Disability and Speech/Language Impairment. A past psychiatric consultation suggests that Ivan can best be understood as having a Pervasive Developmental Disorder – Not Otherwise Stated (PDD-NOS). These delays adversely affect his educational performance.

Sincerely,

Mary Latham
Case Manager
847.526.6611 x 229

*"Learning For Life – Building Partnerships For Success"*

LEGALIZATION FEE RECEIPT        02/15/91
U.S. DEPARTMENT OF JUSTICE      12:33:18
IMMIGRATION AND NATURALIZATION SERVICE
7600 W. ROOSEVELT RD
FOREST PARK, IL 60130

91-095-2004 FEE CLERK ID:          lost I688A
                                   Employment Authorization
L. Robledo

NO.) RE: CASE NO. 91001336

IN THE FORM OF: FEE RECEIPT, BANK NO.

L.      (REMITTER NAME)

U.S. DEPARTMENT OF JUSTICE   Immigration and Naturalization Service   APPLICANT'S COPY
                                                                      FORM NO. I-689 5/87