# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | P. Michael Mahoney | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50017 - 5 | **DATE** | 4/4/2008 |
| **CASE TITLE** | USA vs. LEOBARDO LARA | | |

**DOCKET ENTRY TEXT:**

Defendant waives right to a preliminary hearing. Court enters finding of probable cause. Detention hearing held. Enter order setting conditions of release. USA's oral motion to stay order setting conditions of release until April 8, 2008 at 4:00 pm is granted.

Notices mailed by Judicial staff.

00:15

| | Courtroom Deputy Initials: | GG |
|---|---|---|