UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Judge Kopala |
| ) | No. 08 CR 50017 |
| vs.   ) | Violations: Title 21, United States Code, |
| ) | Sections 841(a)(1) and 846 |
| ISRAEL PILLADO, ) | |
| IRINEO GONZALEZ, ) | |
| ARTURO MORALES, ) | |
| CASIMORO HERNANDEZ, and ) | |
| LEOBARDO LARA ) | |

### COUNT ONE

The FEBRUARY 2008 GRAND JURY charges:

Beginning at least as early as March 17, 2008, and continuing to March 26, 2008, at McHenry, in the Northern District of Illinois, Western Division, and elsewhere,

ISRAEL PILLADO,
IRINEO GONZLEZ,
ARTURO MORALES,
CASIMORO HERNANDEZ, and
LEOBARDO LARA,

defendants herein, did conspire with each other and with others known and unknown to the Grand Jury, knowingly and intentionally to distribute and to possess with intent to distribute a controlled substance, namely approximately 943 kilograms of mixtures containing marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

All in violation of Title 21, United States Code, Section 846.

**FILED**

APR 22 2008
MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court

## COUNT TWO

The FEBRUARY 2008 GRAND JURY further charges:

On or about March 26, 2008, at McHenry, in the Northern District of Illinois, Western Division,

>ISRAEL PILLADO,
>IRINEO GONZLEZ,
>ARTURO MORALES,
>CASIMORO HERNANDEZ, and
>LEOBARDO LARA,

defendants herein, knowingly and intentionally did possess with intent to distribute a controlled substance, namely approximately 943 kilograms of mixtures containing marijuana, a Schedule 1 Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

2

No.: 08 CR 50017

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.

ISRAEL PILLADO, IRINEO GONZALEZ, ARTURO MORALES, CASIMORO HERNANDEZ and LEOBARDO LARA

INDICTMENT

Violation(s): Title 21, United States Code, Sections 841(a)(1) and 846

A true bill,

_____
Foreman

Filed in open court this ___ day of April, A.D. 20 08

_____
Clerk

Bail: $

FILED
APR 22 2008
MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court