# FINANCIAL AFFIDAVIT

IN UNITED STATES  ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: USA v.s. LEOBARDO LARA

FOR: _____

AT: _____

LOCATION NUMBER: _____

PERSON REPRESENTED (Show your full name): _____

**FILED**
APR 23 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate: _____
District Court: 08CR50017
Court of Appeals: _____

CHARGE/OFFENSE (describe if applicable & check box →)  ☒ Felony
21 USC 841(a)(1) & 846

## ASSETS

**EMPLOYMENT**
Are you now employed? ☒ Yes  ☐ No  ☐ Am Self-Employed
Name and address of employer: RICO BROTHERS LANDSCAPING
IF YES, how much do you earn per month? $ 2,000.00
IF NO, give month and year of last employment
How much did you earn per month? $ _____

If married is your Spouse employed? ☒ Yes  ☐ No
IF YES, how much does your Spouse earn per month? $ 1,400.00
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☒ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED $ _____    SOURCES _____

**CASH**
Have you any cash on hand or money in savings or checking accounts?  ☒ Yes  ☐ No  IF YES, state total amount $ 4,200

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: _____    DESCRIPTION: SEE ATTACHED SHEET

## OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS:
___ SINGLE
✓ MARRIED
___ WIDOWED
___ SEPARATED OR DIVORCED
Total No. of Dependents: 6
List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: SEE ATTACHED SHEET
Creditors / Total Debt / Monthly Paymt.

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 4-23-08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ /s/ Leobardo Lara

ASSETS: PROPERTY

(1) Single Family Residence  886 Lexington Ln., Island Lk.     180,000
(2) F750 2001 Ford Dump Truck                                    25,000
(3) 2004 Chevy 4500 Dump Truck                                   30,000
(4) Bobcat Skid Loader 1998                                      10,000
(5) 1992 Dodge Van                                                  800
(6) 3 Trailers                                                   10,000

OBLIGATIONS & DEBTS

(1) Home Mortgage                 109,000        1,340 mo.
(2) 2004 Chevy Truck                9,600          605 mo.
(3) Kohl's Credit Card                400          100
(4) Visa Credit Card                1,500          100
(5) AA Credit Card                  1,500          200
(6) Electricity                                     90
(7) Cell Phone                                     250
(8) Food                                           800
(9) Sewer                                           90
(10) Gas                                           140
(11) Telephone                                      90
(12) Cable                                          84
(13) Water                                          40
(14) Children's Clothes, School Supplies etc.      300