UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | No. 08 CR 50017-5 |
| ) | Judge Frederick J. Kapala |
| LEOBARDO LARA ) | |

## NOTICE OF FILING

TO:   Mr. Joseph C. Pedersen
      Assistant U.S. Attorney
      308 W. State Street - Suite 300
      Rockford, IL 61101

You are hereby notified that on the 21[th] day of August, 2008, I filed with the Clerk of the United States District Court, Northern District of Illinois, Western Division in Rockford, IL., *Defendant's Agreed Motion To Modify Conditions Of Pre-Trial Release ...* , a copy of which will be provided to you by the U.S. District Court Case Management System (CM/ECF) as a result of the concurrent electronic filing of the referenced document(s).

/s/ Daniel A. Mengeling
Daniel A. Mengeling, Attorney for Defendant,
Leobardo Lara

## CERTIFICATE OF SERVICE

    I, Daniel A. Mengeling, an attorney, hereby certify that I served the attached NOTICE OF FILING and any document(s) referenced therein by filing the NOTICE OF FILING and any document(s) referenced therein electronically with the Clerk of the United States District Court, Northern District of Illinois, Western Division's Official Court Electronic Document Filing System (CM/ECF )

                                        /s/ Daniel A. Mengeling  
                                        Daniel A. Mengeling, Attorney for Defendant,  
                                        Leobardo Lara