# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Western Division

UNITED STATES OF AMERICA

                                          Plaintiff,

v.                                                     Case No.: 3:08−cr−50017
                                                       Honorable Frederick J. Kapala

Israel Pillado, et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 26, 2008:

      MINUTE entry before the Honorable P. Michael Mahoney: Defendant's Agreed Motion to modify conditions of release [51] is granted as to Leobardo Lara (5). Defendant given leave to travel to job sites in Walworth and Kenosha Counties in Wisconsin. Mailed notice (glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.